IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CITY OF KANSAS CITY, MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Nos. 20-00682-CV-W-BP |
| ) | 20-00683-CV-W-BP |
| TOMAS CAESAR POPSON, ) | 20-00684-CV-W-BP |
| ) | |
| Defendant. ) | |
| _____ ) | |
| TOMAS CAESAR POPSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CITY OF KANSAS CITY, ) | |
| JOSEPH CLAYBROOK, and ) | |
| QUINTON D. LUCAS, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_X\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

ORDER to the extent that these cases have been removed from Kansas City Municipal Court, they are remanded. To the extent they are intended as independent lawsuits, they are dismissed without prejudice.

Dated : 9/10/2020

/s/Paige Wymore-Wynn
Clerk of Court

/s/ Kelly McIlvain
Deputy Clerk